SAFETY INSURANCE COMPANY *vs.* GISELA GONZALEZ & another.[1] February 16, 1988. *Insurance*, Motor vehicle insurance, Underinsured motorist, Construction of policy.

This is the third case of six we decide today concerning the stacking of underinsured motorist coverage. Mrs. Gonzalez (Gonzalez) was injured in a motor vehicle accident in November, 1984, while operating a vehicle

[1] Her husband, Jose Gonzalez.

owned by her husband. Two vehicles were insured under her husband's motor vehicle policy issued by the plaintiff insurer.

The insurer brought this action seeking a declaration that its underinsurance obligation to Gonzalez was limited to $10,000, the limit stated on the coverage selections page of the policy for underinsured motorist coverage. A judge of the Superior Court, noting six other Superior Court decisions which split on this issue four to two in favor of insureds, ruled that Gonzalez was entitled to $20,000 in underinsurance coverage. We allowed the defendant insurer's application for direct appellate review of a judgment, entered on cross motions for summary judgment, declaring that Gonzalez had $20,000 of underinsured coverage available to her. For reasons stated in *LeCuyer* v. *Metropolitan Property & Liab. Ins. Co., ante* 709, 710-712 (1988), we reverse the judgment and order that a judgment be entered declaring that Gonzalez had only $10,000 of underinsured motorist coverage available to her under her husband's motor vehicle policy. See *Moore* v. *Metropolitan Property & Liab. Ins. Co., ante* 1010 (1988).

*So ordered.*

*John G. Ryan* for the plaintiff.
*Kevin M. Foster* for the defendants.